*Richard & Laura Cary*   FILED   09-55289

2010 JUL -8 AM 11:51

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
| --- | --- | --- |
| Attorney for debtor: | $ | $ |
| Attorney for: | $ | $ |
| Accountant for: | $ | $ |
| Appraiser for: | $ | $ |
| Other: | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
| --- | --- | --- | --- |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,088.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.7 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
| --- | --- | --- | --- |
| 1 | HSBC Bank Nevada, N.A. | $ 105.60 | $ 2.82 |
| 2 | American Infosource Lp As Agent for | $ 4,584.70 | $ 122.27 |

*Check # 1013*
*Receipt # 81591*

UST Form 101-7-TFR (9/1/2009) (Page: 9)
09-55289-mss    Doc 23    FILED 06/28/10    ENTERED 06/28/10 13:01:31    Page 9 of 11
09-55289-mss    Doc 26    FILED 07/08/10    ENTERED 07/08/10 11:58:59    Page 1 of 1